# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JAN 13 AM 9: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.    08CR4229-JLS |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| INTEGRATED TITANIUM GROUP II (8), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__    the Court has dismissed the case for unnecessary delay; or

__    the Court has granted the motion of the Government for dismissal; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or

__    a jury has been waived, and the Court has found the defendant not guilty; or

**X**    the Court has granted the parties joint request to dismiss all charges with prejudice.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 12, 2011

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE